**P. W. Bauman, appellee, v. C. I. T. Corporation, appellant. Gen. No. 36,332.**

■ Opinion filed March 8, 1933.

Short, Rothbart, Willner & Lewis, for appellant; George H. Meyer, Seymour Lewis and Dwight McKay, of counsel. Gettleman & Adelman, for appellee; Milton M. Adelman, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

## SECOND DISTRICT.

**The People of the State of Illinois, defendant in error, v. Percy B. Sullivan, plaintiff in error. Gen. No. 8,375.**

■ Opinion filed February 23, 1933.

F. R. Wiley and H. H. Morey, for plaintiff in error. Robert M. Niven, for defendant in error.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

**Richard Frank, appellant, v. Johanna Glinney, executrix of the estate of John Glinney, deceased, appellee. Gen. No. 8,493.**

■ Opinion filed February 23, 1933.

Faulkner & Faulkner, for appellant; James W. Faulkner, of counsel. Lagger & Blatt, for appellee.

Mr. Presiding Justice Wolfe delivered the opinion of the court.